NO. 12-24-00217-CR
NO. 12-24-00218-CR
NO. 12-24-00219-CR

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *EX PARTE:* | § | *APPEAL FROM THE 159TH* |
| *JA'BRYANT KEITH DAVIS* | § | *JUDICIAL DISTRICT COURT* |
| | § | *ANGELINA COUNTY, TEXAS* |

### MEMORANDUM OPINION
### PER CURIAM

Ja'Bryant Keith Davis filed a pro se notice of appeal to challenge the trial court's denial of his request for a bail reduction. Appellant acknowledges that he is represented by counsel in the trial court.

A criminal defendant is not entitled to hybrid representation. **Williams v. State**, 642 S.W.3d 896, 898 n.6 (Tex. App.—Tyler 2021, no pet.) (citing **Marshall v. State**, 210 S.W.3d 618, 620 n.1 (Tex. Crim. App. 2006), **Scheanette v. State**, 144 S.W.3d 503, 505 n.2 (Tex. Crim. App. 2004)). Nor does an appellant have a constitutional right to represent himself on direct appeal. **Scheanette**, 144 S.W.3d at 505 n.2. Accordingly, because Appellant has court-appointed counsel and is not entitled to hybrid representation, Appellant's pro se notice of appeal presents nothing for our review. *See **Ex parte Bohannan***, 350 S.W.3d 116, n.1 (Tex. Crim. App. 2011) (disregarding pro se submissions because habeas applicant was represented by counsel); *see also* **Patrick v. State**, 906 S.W.2d 481, 498 (Tex. Crim. App. 1995) (because appellant not entitled to hybrid representation, pro se supplemental brief presented nothing for review); **Cantu v. State**, No. 03-24-00524-CR, 2024 WL 3892456, at *1 (Tex. App.—Austin Aug. 22, 2024, no pet. h.)

(mem. op., not designated for publication) (because appellant was represented by counsel in trial court, his pro se notice of appeal presented nothing for review); *In re Moore*, No. 12-23-00322-CR, 2024 WL 110311, at *1 (Tex. App.—Tyler Jan. 10, 2024, orig. proceeding) (per curiam) (mem. op., not designated for publication) (absence of right to hybrid representation meant relator's pro se petition for writ of mandamus presented nothing for review); *Grant v. State*, No. 01-21-00340-CR, 2021 WL 4780066, at *2 n.2 (Tex. App.—Houston [1st Dist.] Oct. 14, 2021, pet. ref'd) (per curiam) (mem. op., not designated for publication) (appeal dismissed for want of jurisdiction, but also noting case must be dismissed where appellant not entitled to hybrid representation and pro se appeal presented nothing for review).  For this reason, we ***dismiss*** the appeals.

Opinion delivered August 29, 2024.
*Panel consisted of Worthen, C.J., and Hoyle, J.*

(DO NOT PUBLISH)



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**AUGUST 29, 2024**

**NO. 12-24-00217-CR**

**EX PARTE: JA'BRYANT KEITH DAVIS**

Appeal from the 159th District Court

of Angelina County, Texas (Tr.Ct.No. 2023-0256)

THIS CAUSE came on to be heard on the appellate record, and the same being considered, it is the opinion of this Court that the appeal should be dismissed.

It is therefore ORDERED, ADJUDGED and DECREED by this Court that this appeal be, and the same is, hereby **dismissed**; and that this decision be certified to the court below for observance.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., and Hoyle, J.*



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**AUGUST 29, 2024**

**NO. 12-24-00218-CR**

**EX PARTE: JA'BRYANT KEITH DAVIS**

Appeal from the 159th District Court

of Angelina County, Texas (Tr.Ct.No. 2023-0257)

THIS CAUSE came on to be heard on the appellate record, and the same being considered, it is the opinion of this Court that the appeal should be dismissed.

It is therefore ORDERED, ADJUDGED and DECREED by this Court that this appeal be, and the same is, hereby **dismissed**; and that this decision be certified to the court below for observance.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., and Hoyle, J.*



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**AUGUST 29, 2024**

**NO. 12-24-00219-CR**

**EX PARTE: JA'BRYANT KEITH DAVIS**

Appeal from the 159th District Court
of Angelina County, Texas (Tr.Ct.No. 2021-0809)

THIS CAUSE came on to be heard on the appellate record, and the same being considered, it is the opinion of this Court that the appeal should be dismissed.

It is therefore ORDERED, ADJUDGED and DECREED by this Court that this appeal be, and the same is, hereby **dismissed**; and that this decision be certified to the court below for observance.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., and Hoyle, J.*